Opinion filed December 1,
2011

 

                                                                       In The           

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-11-00266-CV

                                                    __________

 

                          IN
THE INTEREST OF W.M.C., A CHILD



 

                                  On
Appeal from the County Court at Law

                                                            Nolan
County, Texas

                                                   Trial
Court Cause No. CC-6349

 



 

                                            M E M O R A N
D U M   O P I N I O N

 

A.M.C.
filed a pro se “Notice of Appeal” from a master’s order regarding child
custody.  In her notice of appeal, A.M.C. requested a trial de novo.  After
reviewing the notice of appeal and the documents on file in this court, the
clerk of this court wrote A.M.C. and notified her that it appeared to this
court that the notice of appeal had been inadvertently filed in this court;
that the notice of appeal was in substance a request for a trial de novo
hearing before the referring court from an associate judge’s order and was not
a notice of appeal from a final, appealable order; and that the appeal should
be dismissed for want of jurisdiction.  See Tex. Fam. Code Ann. § 201.015 (West Supp. 2011).  We
requested that A.M.C. respond in writing and show grounds for continuing this
appeal.  Tex. R. App. P. 42.3. 
A.M.C. has not responded.

Accordingly,
we dismiss the appeal.  

 

December 1, 2011                                                                               
PER CURIAM

Panel consists of:  Wright, C.J.,

McCall, J., and Kalenak, J.